**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7056**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

GLENN D. HERRON,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Frank W. Bullock, Jr., Chief District Judge.  (CR-93-44, CA-97-629-2)

———————

Submitted:  November 19, 1998        Decided:  December 2, 1998

———————

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Aaron Peter Buda, Cincinnati, Ohio, for Appellant. Lisa Blue Boggs, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Glenn D. Herron seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Herron's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Herron</u>, Nos. CR-93-44; CA-97-629-2 (M.D.N.C. May 18, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2